[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14739
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cr-00306-GAP-DCI-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LATAVIS DEYONTA MACKROY,
a.k.a. Tay,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 14, 2021)

Before MARTIN, BRANCH, and BLACK, Circuit Judges.

PER CURIAM:

Tom Dale, counsel for Latavis Mackroy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mackroy's sentence is **AFFIRMED**.